■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GABRIAN HIDALGO, Also Known as GABRIEL MIDALGO, Appellant. [701 NYS2d 649] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Kreindler, J.), rendered September 17, 1997, convicting him of attempted robbery in the first degree, assault in the second degree, and criminal possession of a weapon in the second degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the People (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions are either unpreserved for appellate review (*see,* CPL 470.05 [2]) or without merit. Joy, J. P., Altman, Goldstein and Schmidt, JJ., concur.